Ferman W. Sims, SBN 38696
Attorney at Law
519 "H" Street
Crescent City, CA 95531
Tel: (707) 465-5555
Fax: (707) 465-4454

Attorney for Plaintiff
LARRY MOORE

Nancy K. Delaney, SBN 70617
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOORE, | CASE NO.: C-04-00735 CW |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL/EXTEND CUT-OFF DATES AND ~~PROPOSED~~ ORDER |
| vs. | |
| COUNTY OF HUMBOLDT, BENJAMIN MATTHIAS, CORY PINOCHI, MITCH GRATZ, and DOES 4 – 100, inclusive, | |
| Defendants. | |

1     The parties hereto, through counsel, agree to continue the trial date presently
2 scheduled for November 7, 2005, to **March 27, 2006**, with the pre-trial conference
3 continued to **March 17, 2006,** and any dispositive motion to be heard no later than
4 **December 23, 2005**, with other discovery and disclosure dates to be extended as agreed
5 by counsel. This stipulation is based upon the need to continue said dates because
6 plaintiff's counsel is currently being (and was previously over the last few months)
7 treated for a medical condition that prevents completion of the necessary discovery
8 within the time frame previously ordered.

9     **IT IS SO STIPULATED.**

10 DATED: June 30, 2005         __/s/_____
                                            Ferman W. Sims
11                                             Attorney for Plaintiff

13 DATED: June 30, 2005         MITCHELL, BRISSO, DELANEY & VRIEZE

15                                           By: __/s/_____
                                                 Nancy K. Delaney
16                                                 Attorneys for Defendants

17                                        * * * * *

18                                      **<u>ORDER</u>**

20     Good cause appearing therefore based upon the stipulation of the parties through
21 counsel,
22     IT IS HEREBY ORDERED that the trial date presently scheduled for November
23 7, 2005, be continued to **March 27, 2006**, with the pre-trial conference continued to
24 **March 17, 2006,** and any dispositive motion to be heard no later than **December 23,**

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION TO CONTINUE TRIAL/EXTEND CUT-OFF DATES AND PROPOSED ORDER

1  **2005**, with other discovery and disclosure dates to be extended as agreed by counsel.

2

3  DATED: __7/5/05_____      /s/ CLAUDIA WILKEN
                                   _____
4                                  Claudia Wilken
                                   United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3
STIPULATION TO CONTINUE TRIAL/EXTEND CUT-OFF DATES AND PROPOSED ORDER