**FERMAN W. SIMS, ESQ.**
(CSB #038696)
519 "H" STREET
Crescent City, CA 95531
Telephone: (707) 465-5555
Fax:(707) 465-4454
Attorney for: LARRY MOORE

**NANCY K. DELANEY,** SBN 70617
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P.O. Drawer 1008
Eureka, Ca. 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOORE | CASE NO. C-04-00735 CW |
| Plaintiff | |
| vs. | **STIPULATION TO CONTINUE** |
| COUNTY OF HUMBOLDT, BENJAMIN MATTHIAS, CORY PINOCHI, MITCH GRATZ, and DOES 4-100, inclusive | **TRIAL/EXTEND CUT-OFF DATES** |
| | **AND ORDER** |
| Defendants. | |

     The parties hereto, through counsel, agree to continue the trial date presently scheduled for March 28, 2006, to <u>October 2, 2006 at 8:30 a.m.</u>, with the pre-trial conference continued to <u>September 22, 2006 at 1:30 p.m.</u>, and any dispositive motions to be heard no later than <u>May 19, 2006 at 10:00 am</u>, and a Further Case Management Conference on <u>May 19, 2006 at 10:00 a.m.</u> with other discovery and disclosure dates to be extended as agreed by counsel. This Stipulation is based upon the need to continue said dates because Plaintiff's counsel is currently being (and was previously over the last few months) treated for medical conditions that prevent completion of the necessary discovery within the time frame previously ordered.

1    IT IS SO STIPULATED.

2

3  Dated: January 3, 2006                    /s/
                                              FERMAN W. SIMS
4                                             Attorney for Plaintiff

5

6  Dated: January 3, 2006                    /s/
                                              NANCY K. DELANEY
7                                             Attorney for Defendants

8                                    * * * *

9                                   **ORDER**

10    Good cause appearing therefore based upon the Stipulation of the parties through

11  counsel,

12    IT IS HEREBY ORDERED that the trial date presently scheduled for March 28, 2006, be

13  continued to  October 2, 2006 at 8:30 a.m., with the pre-trial conference continued to September

14  22, 2006 at 1:30 p.m., and any dispositive motions to be heard no later than May 19, 2006 at

15  10:00 am, and a Further Case Management Conference on May 19, 2006 at 10:00 a.m.  with

16  other discovery and disclosure dates to be extended as agreed by counsel.

17  Dated:1/5/06
                                              _____
18                                            Claudia Wilken
                                              United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Claudia Wilken]*

-2-