Nancy K. Delaney, SBN 70617
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOORE, | CASE NO.:  CV-04-00735 CW |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| vs. | |
| COUNTY OF HUMBOLDT, BENJAMIN MATTHIAS, CORY PINOCHI, MITCH GRATZ, and DOES 4 – 100, inclusive, | |
| Defendants. | |

The parties to the above-captioned litigation hereby stipulate, by and through their undersigned counsel of record, to the following:

1. The parties have resolved the case and payment of the consideration of the settlement has been made by the County of Humboldt;

2. The individual defendants are dismissed without payment of consideration on their behalf;

3. The entire action should be dismissed, with prejudice, with each party to bear its own fees and costs.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. C-04-00735 CW

**IT IS SO STIPULATED.**

Dated: _____, 2006

By: _____
    Ferman W. Sims
    Attorneys for Plaintiff

Dated: _____, 2006    MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
    Nancy K. Delaney
    William F. Mitchell
    Attorneys for Defendants

\* \* \* \* \*

## **ORDER**

**IT IS HEREBY ORDERED** that the within action is dismissed, with prejudice.

Dated: **6/30/06**    **/s/ CLAUDIA WILKEN**

_____
HONORABLE CLAUDIA WILKEN

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. C-04-00735 CW